## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Brian Muniz

                             Plaintiff,

v.                                                        Case No.: 3:23–cv–50136
                                                          Honorable Margaret J. Schneider

Arthur J. Fam Ltd. Partnership

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 17, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Settlement conference held by videoconference on 01/17/24. The parties reached a binding settlement agreement. The parties are directed to file a joint status report updating the Court on the status of settlement paperwork by 02/16/24. If a stipulation of dismissal is filed on or before 02/16/24, no joint status report need be filed. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.