# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

Brian Muniz
                                      Plaintiff,

v.                                                                         Case No.: 3:23–cv–50136
                                                                             Honorable Margaret J. Schneider

Arthur J. Fam Ltd. Partnership
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: In light of the stipulation to dismiss [35], this case is dismissed with prejudice, without leave to reinstate, and with each party to bear its own fees and costs. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.